# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 25-5069

September Term, 2024

1:24-cv-02211-JEB

**Filed On:** July 25, 2025

Donald Russell Copeland,

      Appellant

      v.

United States of America, et al.,

      Appellees

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Katsas, Rao, and Walker, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's January 6, 2025 order dismissing appellant's complaint without prejudice be affirmed. Appellant raises no arguments in his brief to challenge the district court's rationales for dismissing his complaint, and he has therefore forfeited any such argument. See United States ex rel. Totten v. Bombardier Corp., 380 F.3d 488, 497 (D.C. Cir. 2004). Appellant has not otherwise presented any valid basis for overturning the district court's order.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

              **FOR THE COURT:**
              Clifton B. Cislak, Clerk

      BY:    /s/
              Daniel J. Reidy
              Deputy Clerk